No. 85–2067.  UNITED STATES *v.* MENDOZA-LOPEZ ET AL. C. A. 8th Cir.  [Certiorari granted, *ante*, p. 811.]  Motion for appointment of counsel granted, and it is ordered that Kathy Goudy, of Lincoln, Neb., be appointed to serve as counsel for respondents in this case.

No. 85–6461.  MARTIN *v.* OHIO.  Sup. Ct. Ohio.  [Certiorari granted, 475 U. S. 1119.]  Motion of respondent to strike reply brief denied.

No. 86–6.  RICKETTS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. *v.* ADAMSON.  C. A. 9th Cir.  [Certiorari granted, *ante*, p. 812.]  Motion of respondent to disqualify petitioner's counsel denied.

No. 86–5082.  WRENN *v.* OHIO DEPARTMENT OF MENTAL HEALTH ET AL., *ante*, p. 809.  Motion of petitioner to reconsider the order denying leave to proceed *in forma pauperis* denied. JUSTICE SCALIA took no part in the consideration or decision of this motion.

No. 86–5596.  WRENN *v.* MISSOURI.  C. A. 8th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied.  Petitioner is allowed until December 22, 1986, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.